PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
LUIS MIGUEL VILLALOBOS

**FILED**
JAN 17 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LUIS MIGUEL VILLALOBOS, ) <br> ) <br> Defendant. ) | CASE NO. 1:12-cr-00317-LJO-SKO <br><br> REQUEST FOR EXONERATION OF BAIL AND ORDER |

On October 16, 2006, Sulema Villa posted a cash bond in the amount of $4,000.00, receipt number CAE100019957. LUIS MIGUEL VILLALOBOS was sentenced on November 12, 2013.

Request is hereby made that the bail be exonerated and that the cash bond in the amount of $4,000.00 be returned to Sulema Villa.

Dated: 01/15/14

Respectfully Submitted,

/S/ PRECILIANO MARTINEZ
Preciliano Martinez, Attorney for
Defendant LUIS VILLALOBOS

1

# ORDER

IT IS HEREBY ORDERED that the bail be exonerated and the cash bond in the amount of $4,000.00 be returned to Sulema Villa.

Dated: Jan 17, 2014

UNITED STATES DISTRICT JUDGE